1 | MARGARET R. GIFFORD, Bar No. 118222
Email:  mgifford@deconsel.com
2 | DeCARLO, CONNOR & SHANLEY       ***MADE JS-6***
A Professional Corporation
3 | 533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
4 | Telephone:  213/488-4100
Telecopier: 213/488-4180
5 |
ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
6 | ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ENGINEERED FRAMING SYSTEMS, INC., a California corporation, also doing business as E F S, INC.; JOHN PHILLIP DURST, an individual; TIMOTHY P. McCARTHY, an individual; WESTERN SURETY COMPANY, a South Dakota corporation; PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation; AEGIS SECURITY INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.  CV 11-7707-GW(Ex)<br><br>JUDGMENT |

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs,

CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,

1 | have judgment against defendant, ENGINEERED FRAMING SYSTEMS, INC., a
2 | California corporation, also doing business as E F S, INC., for $627,114.95,
3 | including interest through July 23, 2012, attorneys fees in the amount of
4 | $16,142.30, for a total of $643,257.25, plus costs.

5 |     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs,
6 | CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and
7 | BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,
8 | have judgment based on defalcation against defendant, JOHN PHILLIP DURST,
9 | an individual, in the amount of $42,142.88 and against defendant TIMOTHY P.
10 | MCCARTHY, an individual, in the amount of $13,907.15.

12 | DATE: August 20, 2012

_____
THE HONORABLE GEORGE H. WU
UNITED STATE DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By: /s/ Margaret R. Gifford  8/16/12
    MARGARET R. GIFFORD
    Attorney for Plaintiffs,  Carpenters
    Southwest Administrative Corporation
    and Board of Trustees for the Carpenters
    Southwest Trusts