1  MARGARET R. GIFFORD, Bar No. 118222
   Email: mgifford@deconsel.com
2  DeCARLO, CONNOR & SHANLEY          ***MADE JS-6***
   A Professional Corporation
3  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
4  Telephone: 213/488-4100
   Telecopier: 213/488-4180
5
   ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
6  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10                           WESTERN DIVISION

11 CARPENTERS SOUTHWEST              )   CASE NO.  CV 11-7707-GW(Ex)
12 ADMINISTRATIVE CORPORATION,       )
   a California non-profit corporation; and )
13 BOARD OF TRUSTEES FOR THE         )   JUDGMENT
   CARPENTERS SOUTHWEST              )
14 TRUSTS,                           )
                                     )
15             Plaintiffs,            )
                                     )
16 v.                                )
                                     )
17 ENGINEERED FRAMING SYSTEMS,       )
   INC., a California corporation, also )
18 doing business as E F S, INC.; JOHN )
   PHILLIP DURST, an individual;     )
19 TIMOTHY P. McCARTHY, an          )
   individual; WESTERN SURETY        )
20 COMPANY, a South Dakota           )
   corporation; PLATTE RIVER         )
21 INSURANCE COMPANY, a Nebraska )
   corporation; AEGIS SECURITY       )
22 INSURANCE COMPANY, a              )
   Pennsylvania corporation; and DOES 1 )
23 through 10, inclusive,             )
                                     )
24             Defendants.            )
                                     )
25

26      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs,

27 CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

28 BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,

have judgment against defendant, ENGINEERED FRAMING SYSTEMS, INC., a California corporation, also doing business as E F S, INC., for $627,114.95, including interest through July 23, 2012, attorneys fees in the amount of $16,142.30, for a total of $643,257.25, plus costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, have judgment based on defalcation against defendant, JOHN PHILLIP DURST, an individual, in the amount of $42,142.88 and against defendant TIMOTHY P. MCCARTHY, an individual, in the amount of $13,907.15.

DATE: August 20, 2012

_____
THE HONORABLE GEORGE H. WU
UNITED STATE DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By: /s/ Margaret R. Gifford  8/16/12
   MARGARET R. GIFFORD
   Attorney for Plaintiffs, Carpenters
   Southwest Administrative Corporation
   and Board of Trustees for the Carpenters
   Southwest Trusts

2