```
 1  CASEY JENSEN, Bar No. 263593
    cjensen@shanleyapc.com
 2  SHANLEY, a Professional Corporation
    533 S. Fremont Avenue, Ninth Floor
 3  Los Angeles, California  90071-1706
    Telephone:  (213) 488-4100
 4  Telecopier: (213) 488-4180

 5  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
    ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
 6  FOR THE CARPENTERS SOUTHWEST TRUSTS
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>    Plaintiffs,<br><br>v.<br><br>ENGINEERED FRAMING SYSTEMS, INC., a California corporation, also doing business as E F S, INC.; JOHN PHILLIP DURST, an individual; TIMOTHY P. McCARTHY, an individual; WESTERN SURETY COMPANY, a South Dakota corporation; PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation; AEGIS SECURITY INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.  CV 11-7707 GW(Ex)<br><br>RENEWAL OF JUDGMENT BY CLERK |

    The judgment debtor, JOHN PHILLIP DURST, an individual, ("DEFENDANT") having judgment entered against him on August 20, 2012.

    NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE

1  CARPENTERS SOUTHWEST TRUSTS, ("CARPENTERS TRUSTS"), and upon
2  declaration that DEFENDANT has failed to pay the total amount of said judgment;
3  and that DEFENDANT is indebted to CARPENTERS TRUSTS.
4       That judgment against DEFENDANT be renewed in the amount of
5  $42,888.82 and that CARPENTERS TRUSTS recover as follows:
6  Judgment as entered:

|   |    |                                                              |     |           |
|---|----|--------------------------------------------------------------|-----|-----------|
| 7 | a. | Principal                                                    | $   | 42,142.88 |
| 8 | b. | Judgment interest                                            | $   | 0.00      |
| 9 | c. | Costs                                                        | $   | 0.00      |
| 10| d. | Attorney Fees pursuant to Local Rule 14.12                   | $   | 0.00      |
| 11|    | Subtotal (Judgment as entered)                               | $   | 42,142.88 |
| 12| e. | Less credits after judgment                                  | $   | 0.00      |
| 13| f. | Interest after judgment computed from August 20, 2012 through November 15, 2021 at 0.19% ($0.23 per day) | $ | 745,94 |
| 16| g. | Subtotal                                                     | $   | 42,888.82 |
| 17| h. | Costs after judgment                                         | $   | 0.00      |
| 18|    | Total Renewed Judgment                                       | $   | 42,888.82 |

20  DATED: 11/19/2021          *Margo Mead*
                               DEPUTY CLERK
21                             UNITED STATES DISTRICT COURT

22  Presented by:
23  SHANLEY, a Professional Corporation
24
25  BY: _____
26       CASEY JENSEN
     Attorneys For Judgment Creditors,
27   Carpenters Southwest Administrative
     Corporation and Board of Trustees
28   For the Carpenters Southwest Trusts

PROOF OF SERVICE
(USDC Case No. 2:11-cv-07707-GW-E)
(CSAC v. Engineered Framing Systems, Inc., et al.)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On November 18, 2021, I served a copy of the foregoing document, described as: **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK** on defendant, addressed as follows:

John Phillip Durst
Engineered Framing Systems, Inc.
XX XXXXXXX XXX
Valencia, California 91355

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[X]   **(BY DEPOSIT FOR COLLECTION)**   I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on November 18, 2021, at Los Angeles, California.**

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Bridgette Roy